FILED
U.S. DISTRICT COURT
SAVANNAH
2013 JUN -3
CLERK A. moore
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| SHAUN CHRISTOPHER LEE, | ) | |
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION NO.: CV613-007 |
| ANGELA WILLIAMS, and BRIAN OWENS, Commissioner, | ) | |
| Respondents. | ) | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED**. Lee's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this _3_ day of _June_, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA